### 1101.   ATTERBERRY *v.* THE STATE.

POWELL, J.  Though a single act of gaming, without more, will not constitute the house in which it occurs a gaming-house, yet where the owner, for a consideration paid him, invites or permits other persons to use his house, though on only a single occasion, for the purpose of gambling, he is guilty of a violation of that portion of § 398 of the Penal Code which makes it a misdemeanor if any person "shall in any house, place or room, occupied by him, permit persons, with his knowledge, to come together and play for money or any other valuable thing at any game or device for the hazarding of money or other thing of value." *Bell* v. *State*, 92 *Ga.* 49 (18 S. E. 186).          *Judgment affirmed.*

Accusation of misdemeanor, from city court of Millen—Judge Anderson.   February 17, 1908.

Submitted April 21,—Decided May 7, 1908.

*Joseph Law, R. P. Jones,* for plaintiff in error.

*James A. Dixon, solicitor,* contra.

### 1106.   MATHEWS *v.* THE STATE.

HILL, C. J.  The assignments of error are entirely without merit, and the verdict is fully supported by the evidence.          *Judgment affirmed.*

Conviction of assault with intent to rape, from Bibb superior court—Judge Felton.   December 16, 1907.

Submitted April 21,—Decided May 7, 1908.

*Richard Curd, John R. Cooper,* for plaintiff in error.

*William Brunson,* contra.